579 A.2d 1308

COMMONWEALTH of Pennsylvania, DEPARTMENT OF ENVIRONMENTAL RESOURCES

v.

William RAMAGOSA, Sr., William Ramagosa, Jr., Robert Ramagosa, Sunrise Ventures, Inc., and Sunnylands, Inc., Appellants.

No. 29 M.D. Appeal Dkt. 1990.

Supreme Court of Pennsylvania.

Oct. 3, 1990.

## ORDER

PER CURIAM:

AND NOW, this 2nd day of October, 1990, the jurisdictional statement is treated as a Petition for Allowance of Appeal and, as such, is denied. The Application for Stay and the Application for Oral Argument are denied.